### 19069. TYLER v. THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and none of the special grounds of the motion for a new trial show cause for a reversal of the judgment.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 31, 1928.

*O. M. Duke,* for plaintiff in error.
*Frank B. Willingham, solicitor-general,* contra.

### 19081. JONES v. THE STATE.

BROYLES, C. J. 1. "In order for this court to control the discretion of the trial judge in refusing to grant a motion for the postponement of a criminal case to allow counsel to prepare for trial, it is necessary that it should appear that a gross mistake has been made by the trial judge, or that he has displayed a want of consideration for the rights of the accused." *Harris* v. *State,* 119 *Ga.* 114 (45 S. E. 973). Under this ruling and the facts of the instant case, including the note of the trial judge, this court is unable to hold that the refusal to postpone the case was an abuse of discretion on the part of the judge. The cases cited in the brief of counsel for the plaintiff in error are distinguished by their particular facts from this case.

2. The other assignments of error, not having been argued or insisted upon in the brief of counsel for the plaintiff in error, are treated as abandoned.     *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JULY 31, 1928.

*W. R. Smith, A. D. Tucker,* for plaintiff in error.
*H. C. Morgan, solicitor-general, Joseph A. Alexander,* contra.